1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ARTHUR DEWAYNE TOWNSEND, JR.,          No.  2:20-cv-0342 JAM CKD P

12              Plaintiff,

13      v.                                  ORDER

14  MELVIN ENCINA, et al.,

15              Defendants.

16

17       Defendants have filed a motion asking to opt out of the court's ADR project and that the

18  stay imposed in this action be lifted.  Good cause appearing, IT IS HEREBY ORDERED that:

19       1.  Defendants' motion to opt out of the court's ADR project (ECF No. 32) is granted;

20       2.  The stay imposed in this action is lifted; and

21       3.  Defendants Morales and Sanchez shall file their response to plaintiff's second amended

22  complaint by March 22, 2021.

23  Dated:  March 3, 2021

24                                          _____
                                            CAROLYN K. DELANEY
25                                          UNITED STATES MAGISTRATE JUDGE

26  1
    town0342.oo
27

28